ACCEPTED
06-15-00061-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 10:39:13 AM
DEBBIE AUTREY
CLERK

IN THE SIXTH COURT OF APPEALS
FOR THE STATE OF TEXAS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 10:39:13 AM
DEBBIE AUTREY
Clerk

|  |  |  |
|---|---|---|
| A.J.P. OIL COMPANY, LLC, d/b/a | § | |
| GRAPELAND FUEL & BBQ & | § | |
| ANDREW J. PATTON | § | CAUSE NO. 06-00061-CV |
| v. | § | |
|  | § | |
| VELVIN OIL COMPANY, INC. | § | |

## MOTION TO EXTENDED TIME FOR
## FILING APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Velvin Oil Company, Inc., Appellee in this cause, and files this Motion to Extend Time for Filing Appellee's Brief, and in support of this motion shows:

I.

This Motion is unopposed. This case is an appeal from a judgment granted on a Motion for Summary Judgment in the Fourth Judicial District Court of Rusk County, Texas in Cause No. 2014-362, entitled VELVIN OIL COMPANY, INC. vs. A.J.P. OIL COMPANY, LLC d/b/a GRAPELAND FUEL & BBQ & ANDREW J. PATTON, which said judgment was signed on the 4th day of June, 2015.

II.

The time for filing Appellee's Brief in this case will expire on November 30, 2015. This motion is to extend the time for filing the brief for 18 days or until December 18, 2015. This is the first such motion filed by Appellee. Counsel for Appellant has no objection to the extension of time sought hereby.

III.

Appellee's attorney needs additional time within which to complete the Appellee's brief. This extension is required due to the attorney's hearings schedule. Furthermore, the Thanksgiving Holiday has limited the time Appellee's attorney has to complete the brief. Further, Appellee's attorney's legal assistant has a previously scheduled vacation for the week of Thanksgiving that will also hinder his ability to get his brief filed timely.

IV.

This motion is verified.

WHEREFORE, Appellee requests that:

1.     This Court grant Appellee's motion and extend the time for filing the brief in the cause until December 18, 2015.

2.     This Court grant such other and further relief to which Appellee is justly entitled.

Respectfully submitted,

LAW OFFICES OF RONNIE HORSLEY
Attorney for Appellee

BY:_____
RONNIE HORSLEY
P.O. Box 7017
Tyler, Texas 75711
Telephone: (903) 593-7314
Facsimile: (903) 593-3450
Email: horsleylaw@tyler.net
Texas Bar Card No. 10014000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been sent by facsimile transmission on this the 20th day of November, 2015 to Jaclyn D. Patton at (713) 583-4180 and William R. Pemberton at (936) 544-5023.

RONNIE HORSLEY

## CERTIFICATE OF CONFERENCE

As required by TEXAS RULE OF APPELLATE PROCEDURE 10.1 (a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties- which are listed below - about the merits of this motion with the following results:

Jaclyn D. Patton--- motion is unopposed.

Dated: November 20, 2015

RONNIE HORSLEY

# VERIFICATION

STATE OF TEXAS          §
                        §
COUNTY OF SMITH         §


BEFORE ME, the undersigned authority, on this day personally appeared RONNIE HORSLEY, who being by me first duly sworn, did say and depose that he is the attorney for the Velvin Oil Company, Inc., Appellee in the above entitled and numbered cause; that he has prepared the above and foregoing motion; that he is personally cognizant of the facts set forth in said motion; and that said facts are, within his knowledge, true and correct.


RONNIE HORSLEY


SUBSCRIBED AND SWORN TO before me, this 20th day of November, 2015.

BRANDY GLOVER
MY COMMISSION EXPIRES
August 9, 2019

Notary Public in and for the
State of T E X A S